FILED

DEC - 6 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID W. QUALLS, et. al.,            )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )            Civil Action __04 2113__
                                     )
DONALD RUMSFELD, et. al.,            )
                                     )
    Defendants                       )
                                     )
                                     )

## ORDER

And now, for good cause shown, the Court orders that those Plaintiffs seeking to proceed anonymously under John Doe pseudonyms may do so at this time, subject to the filing of their proper names and addresses under seal with the Court within five days of this order.

_December 6, 2004_

Date

                                          Thomas F. Hogan
                                          Chief Judge