## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID W. QUALLS, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 04-2113 (RCL) |
| | ) |
| **DONALD RUMSFELD, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

Upon consideration of defendants' motion [44] to dismiss, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that defendants' motion to dismiss is GRANTED.  This case shall stand DISMISSED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 24, 2006.